FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

17 JUN 21 AM 9: 50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MPL
BY _____ DEPUTY

| UNITED STATES OF AMERICA | **JUDGMENT AFTER REMAND** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| STEVEN AYALA ORTIZ (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 04CR3184-BEN

ROBERT LLEWELLYN SWAIN
Defendant's Attorney

**REGISTRATION No.** 91264198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. 1 OF THE ORDER TO SHOW CAUSE.

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |

_____Supervised Release_____ is revoked and the defendant is sentenced as provided in pages 2 through ___2___ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JUNE 5, 2017
Date of Imposition of Sentence

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

04CR3184-BEN

Judgment — Page __2__ of __2__

DEFENDANT: STEVEN AYALA ORTIZ (1)
CASE NUMBER: 04CR3184-BEN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of THIRTY (30) MONTHS AS FOLLOWS:

TWELVE (12) MONTHS CONCURRENT TO THE SENTENCE IMPOSED IN CASE 14CR1972-BEN; EIGHTEEN (18) MONTHS CONSECUTIVE TO THE SENTENCE IMPOSED IN CASE 14CR197-BEN.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL